COURT
 OF APPEALS
 SECOND
 DISTRICT OF TEXAS
 FORT
 WORTH
  
 
 


 

 

NO. 02-12-00358-CR
NO. 02-12-00359-CR

 

 


 
 
 GLEN LATEL POWE A/K/A GLEN
 POWE
 
 
  
 
 
 APPELLANT
 
 


                                                                                                                             

V.

 


 
 
 THE
 STATE OF TEXAS
 
 
  
 
 
 STATE
 
 


 

 

------------

 

FROM THE 372ND DISTRICT COURT OF TARRANT COUNTY

 

------------

 

MEMORANDUM OPINION[1]

 

------------

Appellant Glen Latel Powe a/k/a Glen
Powe attempts to appeal from his two convictions, pursuant to plea bargains, for
aggravated robbery with a deadly weapon.  The trial court’s certification of his
right to appeal for each of these convictions states that this “is a
plea-bargain case, and the defendant has NO right of appeal.”

On August 9, 2012, this court
notified appellant about the statement on the trial court’s certifications and
informed him that unless he or any party desiring to continue the appeals filed
with the court, on or before August 20, 2012, a response showing grounds for
continuing the appeals, the appeals may be dismissed.  See Tex. R. App.
P. 25.2(a)(2), (d), 44.3.  We have received no response.  Therefore, we dismiss
these appeals.[2] 
See Tex. R. App. P. 25.2(d), 43.2(f).

 

                                                                             PER
CURIAM

 

 

PANEL:  MCCOY, MEIER, and GABRIEL,
JJ.

 

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED:  October 11, 2012

 

 



 

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT
 OF APPEALS
 SECOND
 DISTRICT OF TEXAS
 FORT
 WORTH
  
 
 


 

NO. 02-12-00358-CR

 

 


 
 
 Glen Latel Powe a/k/a Glen
 Powe
  
  
  
 v.
  
  
  
 The State of Texas
 
 
 §
  
 §
  
 §
  
 §
  
 §
 
 
 From the 372nd
 District Court
  
 of Tarrant County (1271018D)
  
 October 11, 2012
  
 Per Curiam
  
 (nfp)
 
 


 

JUDGMENT

          This court has considered
the record on appeal in this case and holds that the appeal should be
dismissed.  It is ordered that the appeal is dismissed.

 

SECOND
DISTRICT COURT OF APPEALS 

 

 

PER CURIAM










 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-12-00359-CR

 

 


 
 
 Glen Latel Powe a/k/a Glen
 Powe
  
  
  
 v.
  
  
  
 The State of Texas
 
 
 §
  
 §
  
 §
  
 §
  
 §
 
 
 From the 372nd
 District Court
  
 of Tarrant County (1270995D)
  
 October 11, 2012
  
 Per Curiam
  
 (nfp)
 
 


 

JUDGMENT

          This court has considered
the record on appeal in this case and holds that the appeal should be
dismissed.  It is ordered that the appeal is dismissed.

 

SECOND
DISTRICT COURT OF APPEALS 

 

 

PER CURIAM

 









[1]See
Tex. R. App. P. 47.4.





[2]Appellant’s
other appeals in cause numbers 02-12-00356-CR and 02-12-00357-CR remain pending
in this court.